THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAM GONSKAK, Appellant.

(Submitted November 27, 1933; decided November 28, 1933.)

*Thomas C. T. Crain, District Attorney (John C. McDermott* of counsel), for motion.
No one opposed.
Motion granted and appeal dismissed.